No. 10,733.

THE STATE OF LOUISIANA VS. MIKE DULANEY.

Same syllabus as in preceding case.

---

A PPEAL from the Third Recorder's Court of New Orleans.
  *Landry, J.*

---

*Henry Renshaw*, Assistant City Attorney, and *Carleton Hunt*, City Attorney, for Plaintiff and Appellee.

---

*Martin Voorhies* for Defendants and Appellants.

---

The opinion of the court was delivered by

McENERY, J.   The issues involved in this case are identical with those disposed of in the case of State vs. John Mahner et als.

For the reasons assigned in that case, it is ordered, adjudged and decreed that the judgment appealed from be avoided and reversed, and the suit of the City against defendants be dismissed.